UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14003-CR-ROSENBERG/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NAHU LOPEZ-MALDONADO,

    Defendant.
_____/

REPORT AND RECOMMENDATION ON
DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 1 AND 2

    **THIS CAUSE** came before me on April 22, 2022. Having conducted a hearing, I recommend as follows:

    1.    A Petition for Warrant or Summons for Offender Under Supervision (the "Petition") was filed in this case on July 15, 2019 at Docket Entry 24.[1] Defendant appeared before me for a hearing on April 22, 2022. The hearing was translated to Defendant by the Court's Spanish language interpreter. Defendant indicated to me that he was able to understand what was being said to him throughout the hearing.

    2.    At the hearing, Defendant admitted Violation Numbers 1 and 2.

    3.    Violation Numbers 1 and 2 allege:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On June 6, 2019, the defendant was arrested by the Customs and Border Protection near Hebbronville in Brooks County, Texas. The defendant unlawfully entered the United States from Mexico, at a time and place other than as designated by the Secretary of the |

---

[1] Another Petition for Warrant or Summons for Offender Under Supervision was filed in this case on January 25, 2022 at DE 26. That Petition has been vacated. *See* DE 36, Order Vacating Supervised Release Petition signed by Judge Robin L. Rosenberg.

|  |  |
|---|---|
|  | Department of Homeland Security of the United States. The defendant was held at the Hebbronville Border Patrol Station for violating Title 8 U.S.C. § 1325 – Entry without inspection, time or place not designated. |
| **Violation Number 2** | **Violation of Special Condition**, by reentering the United States, after being removed, without the prior written permission of the Undersecretary for Border and Transportation Security. According to the Department of Homeland Security – Customs and Border Protection's Prosecution Report: On June 6, 2019, the defendant was found in the United States near Hebbronville, Texas after having entered illegally. |

4. The possible maximum penalties faced by Defendant were read into the record by the Government. Defendant stated that he understood those penalties.

5. I questioned Defendant on the record and made certain that he understood his right to an evidentiary hearing. Defendant acknowledged that he understood his rights in that regard and further understood that if his admissions to Violation Numbers 1 and 2 are accepted, all that will remain regarding those violations will be for the District Court to conduct a sentencing hearing for final disposition of this matter.

6. The Government proffered a factual basis for Defendant's admissions to Violation Numbers 1 and 2. Defendant agreed that the facts proffered by the Government are true and the Government could prove those facts if a hearing were held in this matter. Having heard the factual proffer, I find that the proffered facts establish a sufficient factual basis to support Defendant's admissions to Violation Numbers 1 and 2.

**ACCORDINGLY**, based upon Defendant's admissions under oath, I recommend to the District Court that Defendant be found to have violated the terms and conditions of his supervised release as set forth in Violation Numbers 1 and 2, and that a sentencing hearing be set for final disposition of this matter.

The parties shall have fourteen (14) days from the date of the filing of this Report and Recommendation within which to file objections, if any, with the Honorable Robin L. Rosenberg, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 10th day of May, 2022.[2]

_____
SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE

---

[2] This Report was finalized and signed on May 10, 2022. However, due to inadvertent error, the Report was not placed in queue for final docketing until June 1, 2022.